STATE OF CONNECTICUT *v.* JESUS ROMERO

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 469 (AC 18953), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Patrick F. Caruso*, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided December 20, 2000

YVONNE CLOUTIER *v.* LIBERTY MUTUAL INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 904 (AC 18918), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Laurence V. Parnoff*, in support of the petition.

*Francis H. Morrison III* and *Ann Grunbeck Monaghan*, in opposition.

Decided December 20, 2000